## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094 THIS DOCUMENT RELATES TO ALL CASES |
| Heather Borstler, | JUDGE KAREN SPENCER MARSTON |
| Plaintiff(s), | COMPLAINT AND JURY DEMAND |
| v. | CIVIL ACTION NO.: 2:26-CV-05379 |
| Novo Nordisk Inc., Novo Nordisk A/S, Eli Lilly and Company, | |
| Defendant(s). | |

### SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff named below, by and through the undersigned counsel, files this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff adopts and incorporates by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff files this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503-1).

### IDENTIFICATION OF PARTIES

**Plaintiff**

1. Full (first, middle, and last) name of Plaintiff injured due to use of GLP-1 RA Product(s): Heather Renee Borstler

2.    If applicable, full name and representative capacity of Plaintiff alleging wrongful death claim: _____N/A_____, as

_____ of the estate of _____, deceased.

3.    If applicable, full name of Plaintiff alleging survival claims, as permitted under state law: N/A_____

4.    If applicable, full name of Plaintiff alleging loss of consortium or loss of services:

____N/A_____.

**Defendant(s)**

5.    Plaintiff is suing the following Defendant(s) (check all that apply):

　　__X___  Novo Nordisk Inc.

　　__X___  Novo Nordisk A/S

　　___X__  Eli Lilly and Company

　　__X___  Lilly USA, LLC

　　_____  other(s) (identify): _____

**JURISDICTION AND VENUE**

6.    City and state of Plaintiff's current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence):

　　__Tuscumbia, Alabama _____

7.    State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue:

　　Alabama_____

8.      State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA

Product(s) at issue:

    Alabama _____

9.      City and state of Plaintiff(s)'/Decedent's residence at time of diagnosis of injury:

  Tuscumbia, Alabama _____

10.     Jurisdiction is based on:

  X___   diversity of citizenship pursuant to 28 U.S.C. § 1332

_____   other (plead in sufficient detail as required by applicable rules):

_____

_____

11.     The District Court(s) where Plaintiff might have otherwise filed this Short Form

Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

U.S. District Court for the Northern District of Alabama – Florence Courthouse

12.     Venue is proper in the District Court identified in Paragraph 11 because:

  X__   a substantial part of the events and omissions giving rise to Plaintiff's

claims occurred there

_____   other (plead in sufficient detail as required by applicable rules):

_____

_____

13.     If applicable, identify the citizenship of any additional Defendant(s) named

above:

    N/A _____

3

## PRODUCT USE

14.    Plaintiff used the following GLP-1 RA Product(s) for which claims are being asserted in this case (check all that apply):

_X____ Ozempic (semaglutide)

_____ Wegovy (semaglutide)

_____ Rybelsus (oral semaglutide)

_____ Victoza (liraglutide)

_____ Saxenda (liraglutide)

_____ Trulicity (dulaglutide)

__X___ Mounjaro (tirzepatide)

_____ Zepbound (tirzepatide)

_____ Other(s) (specify): _____

15.    To the best of Plaintiff's knowledge, Plaintiff used GLP-1 RA Product(s) during the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify date range(s) for each product):

_____Ozempic: 01/2022-05/2022_____

__Mounjaro: 05/2022- 09/20/2025_____

## INJURIES AND DAMAGES

16.    To the best of Plaintiff's knowledge, as a result of using GLP-1 RA Product(s), Plaintiff suffered the following injuries, including their sequelae (check all that apply):

___ Gastroparesis

_____ Other gastro-intestinal injuries (specify): _____

4

_____ Ileus

_____ Ischemic Bowel/Ischemic Colitis

_____ Intestinal Obstruction

_____ Necrotizing Pancreatitis

_____ Gallbladder Injury (specify) _____

_____ Micronutrient Deficiency

_____ Wernicke's encephalopathy

_____ Aspiration

_____ Death

___X__ Additional/Other(s) (specify):  Chronic Vomiting, Gastritis, Nausea,

Diarrhea, Constipation, Pulmonary Aspiration, Pulmonary Embolism, Deep Vein

Thrombosis

17.    Plaintiff's injuries occurred approximately (month and year)?

_____ August 2024- current _____ _____ _____

_____

_____

_____

18.    In addition, as a result of Plaintiff's use of GLP-1 RA Product(s), Plaintiff

suffered personal and economic injuries, pain and suffering, emotional distress, mental

anguish, and the following damages (check all that apply):

__X___ Injury to self

_____ Injury to person represented

5

_____ Economic loss

_____ Wrongful death

_____ Survivorship

_____ Loss of services

_____ Loss of consortium

_____ other(s) (specify): _____

## CAUSES OF ACTION

19.    In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff hereby adopts and incorporates by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

__X___ Count I: Failure to Warn – Negligence

__X___ Count II: Failure to Warn – Strict Liability

__X___ Count III: Breach of Express Warranty/Failure to Conform to Representations

_X__ Count IV: Breach of Implied Warranty

_____ Count V: Fraudulent Concealment/Fraud by Omission

_____ Count VI: Fraudulent/Intentional Misrepresentation

_____ Count VII: Negligent Misrepresentation/Marketing

_____ Count VIII: Strict Product Liability Misrepresentation/Marketing

_____ Count IX: Innocent Misrepresentation/Marketing

__X___ Count X: Unfair Trade Practices/Consumer Protection (see below)

___X__ Count XI: Negligence

6

_____ Count XII: Negligent Undertaking

_____ Count XIII: State Product Liability Act (see below)

_____ Count XIV: Wrongful Death

_____ Count XV: Loss of Consortium

_____ Count XVI: Survival Action

_____ Other(s) (specify, and on separate pages, plead additional facts supporting any above

claim in sufficient detail as required by applicable rules):

_____

_____

_____

_____

20.    If Plaintiff is asserting a claim pursuant to the unfair trade practices or consumer

protection statutes of any jurisdiction as identified in Count X above:

a.  Indicate the specific statute (including subsections) under which Plaintiff is

bringing such claims:

AL Code § 8-19-5(27) The following deceptive acts or practices in the conduct of

any trade or commerce are hereby declared to be unlawful: *** Engaging in any

other unconscionable, false, misleading, or deceptive act or practice in the

conduct of trade or commerce."

b.  Identify the factual allegations supporting those claims (by subsection, if

applicable):

Defendants engaged in unconscionable and misleading practices by failing to

include warnings regarding gastric injuries and in failing to engage in adequate

testing regarding said gastric injuries as alleged in the Master Complaint. Had Plaintiff or Plaintiff's doctor seen such warnings, Plaintiff would not have used Ozempic to treat her diabetes.

21.    If Plaintiff is/are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:

    a.    Indicate the specific statute (including subsections) under which Plaintiff is bringing such claims:

      N/A _____

      _____

      _____

    b.    Identify the legal theories identified in Paragraph 19 above (*e.g.*, negligent failure to warn, fraud, etc.) that are subsumed within Plaintiff's PLA claim:

      N/A _____

      _____

      _____

    c.    Identify the factual allegations supporting those claims:

      N/A _____

      _____

      _____

22.    If pre-suit notice is required by statute, did Plaintiff provide some form of separate pre-suit notice to Defendant(s)?  __N/A_____ . If so, attach such notice.

**RELIEF**

Plaintiff prays for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiff may be entitled.

### JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims triable by jury in this action.

Date: _____

By: /s/ *Rhett A. McSweeney*
Rhett A. McSweeney
McSweeney Langevin, LLC
2116 S 2nd Ave
Minneapolis, MN 55404
ramfiling@mclmasstort.com
612-542-4646

9